Royal F. Oakes (080480)
roakes@barwol.com
Vivian I. Orlando (213833)
vorlando@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

FILED
CLERK U.S DISTRICT COURT
DEC 28 2009
CENTRAL DISTRICT OF CALIFORNIA
BY SPM       DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGUYEN NGUYEN,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO.: SACV 07-1414 AG (RNBx)<br><br>(Hon. Andrew J. Guilford)<br><br>~~[PROPOSED]~~ ORDER DISMISSING THE CASE WITH PREJUDICE<br><br>[Filed concurrently with the Parties' Stipulation]<br><br>Complaint Filed: October 30, 2007 |

## ORDER OF DISMISSAL

As set forth on the Parties' Stipulation for Dismissal of Case with Prejudice, the parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his or its own costs and attorneys' fees.

DATED: Dec 28, 2009

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE